Thomas P. Riley, SBN 194706     JS-6
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Guadalupe Escamila, et al.,<br><br>Defendants. | CASE NO. 2:15-cv-06705-WDK-PLA<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS GUADALUPE ESCAMILA, individually and d/b/a CHANOS; and G.E. CHANOS RESTAURANT, INC., an unknown business entity d/b/a CHANOS |

    **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants GUADALUPE ESCAMILA, individually and d/b/a CHANOS; and G.E. CHANOS RESTAURANT, INC., an unknown business entity d/b/a CHANOS that the above-entitled action is hereby dismissed **without prejudice**.

    **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by May 4, 2016, the dismissal shall be deemed to be **with prejudice**.

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____  Dated: 03/29/16

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///